Pro Se

3001694 Michael B. Burton
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT. 59722

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, HELENA DIVISION.

| | |
|---|---|
| Petitioner/Defendant<br>Michael B. Burton<br><br>vs.<br><br>Jim Salmonsen, and<br>State of Montana<br>Attorney General<br>Respondents/Plaintiffs | Cause No.<br><br>NOTICE OF INTENT TO FILE A 28 U.S.C. 2254 FEDERAL HABEAS CORPUS PETITION |

Comes Now, Michael B. Burton, who respectfully files this Notice of Intent to File a 28 U.S.C. 2254 Habeas Corpus Petition in the above-named Cause to be assigned by the Clerk of Court.

### I) Notice

On December 12th, 2023, the Sentence Review

Page 1 of 6

Divisions Order affirming my sentence was received, (See Att. #A)

I am providing notice to this Honorable Court that I intend to file a Petition for a Writ of Habeas Corpus before this Court; However, I have 90-days to file a Petition for a Writ of Certiorari before the United States Supreme Court, in relation to the judgment rendered by the Sentence Review Division of the Montana Supreme Court, before adjudicating the issue(s) presented in my Habeas Corpus Petition I will be filing with this Court.

My Petition for a Writ of Certiorari before the United States Supreme Court, in regards to my Montana Sentence Review Division proceedings, is a continuation of my available State collateral

attack proceedings which attaches to the equitable tolling principles of A.E.D.A.P.'s Statute of Limitations provisions.

## II) Conclusion

Wherefrom, I respectfully request this Court to assign a Cause Number for this notice, whereby I'll submit the, "Application To Proceed In District Court Without Prepaying Fees or Costs", or, if needed, the filing fee, and my proposed initial Petition for a Writ of Habeas Corpus within 30-days, while pursuing the Petition for a Writ of Certiorari at the United States Supreme Court.

In addition hereto, I request that this case's proceedings be held and placed in abeyance while my Certiorari Petition is being pursued, as the State of Montana's responses

may prompt the need to amend my Habeas Corpus Petition filed before this Court.

Respectfully submitted this 20th day of December, 2023.

Michael Bradley Burton
*printed*

PBurton
*signature*

## Declaration

Pursuant to 28 U.S.C. 1746 and MCA 1-6-105, I swear and declare under the maximum penalty of perjury that the foregoing is true.

Dated this 20th day of December, 2023.

Michael Bradley Burton
*printed*

PBurton
*signature*

## Certificate of Service

I, Michael Bradley Burton, certify that a copy of the foregoing was sent to:

Clerk of Court*
U.S. District Court of Montana
Helena Division
Paul G. Hatfield Courthouse
901 Front St., Suite 2100
Helena, MT 59626

Pg. 5 of 6

State of Montana*
Montana Attorney General
P.O. Box 201401
Helena, MT 59620-1401

Respectfully submitted this 20th day of December, 2023.

Michael Bradley Burton
printed

(signature)
Signature

*This filing was sent electronically via the prison e-mail filing system.

PG. 6 OF 6